TRINA A. HIGGINS, United States Attorney (#7349)
SETH NIELSEN, Special Assistant United States Attorney (#13823)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Tel: 801-524-3080
Fax: 801-524-4366

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS AMILCAR MONTES-DURAN,<br><br>and<br><br>KRISS JOSE MORAZAN-BARAHONA,<br><br>Defendants. | Case No. 2:22mj400 JCB<br><br>COMPLAINT<br>FILED UNDER SEAL<br><br>Count I: 21 U.S.C. §§ 841(a)(1) and 846<br>Conspiracy to Distribute Heroin |

Before the Honorable Jared C. Bennett United States Magistrate Judge for the District of Utah, appears the undersigned, who on oath deposes and says:

**<u>COUNT I</u>**
**21 U.S.C. §§ 841(a)(1) and 846**
[Conspiracy to Distribute fentanyl]

Beginning at a date unknown, but not later than May 13, 2022, and continuing through at least June 1, 2022, in the District of Utah and elsewhere,

LUIS AMILCAR MONTES-DURAN and
KRISS JOSE MORAZAN-BARAHONA,

defendants herein, did knowingly and intentionally conspire with others known and unknown to distribute forty (40) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

I, Enoch Smith, being duly sworn, state as follows:

**BACKGROUND AND QUALIFICATIONS**

1. I am a sworn Special Agent for the Drug Enforcement Administration and have been since September of 2014. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I have been assigned to the Drug Enforcement Administration (DEA) Metro Narcotics Taskforce, Denver Division, Salt Lake City District Office, Utah, as a Special Agent (SA) since October 2018. Prior to working for the DEA, I was employed as a Border Patrol Agent from 2003 until May 2014. I was assigned to the Las Cruces DEA Office as a Task Force Officer from April 2011 to November 2013. I was also assigned to the El Paso Border Enforcement Security Taskforce (HSI/BEST) in 2007 and 2008. During my career in law enforcement, I have conducted numerous criminal investigations concerning violations of the Controlled Substances Act and have received ongoing training in conducting such investigations.

## PROBABLE CAUSE

2. On May 13, 2022, Salt Lake City Metro Narcotics agents obtained a court order for the interception of wire and electronic communications over a telephone utilized by **LUIS AMILCAR MONTES-DURAN**. The intercept order was signed by the Honorable Judge Robert Shelby, U.S. District Judge, District of Utah. Agents began interception on May 13, 2022.

3. Agents quickly identified **MONTES**' role as a dispatcher and distributor of cocaine, heroin, and counterfeit pharmaceutical pills. Agents also determined that **MONTES** has a large customer base, based off intercepted communications showing over 700 calls and texts with drug customers per day. Agents also identified a courier (later identified as **KRISS JOSE MORAZAN-BARAHONA**) who delivers drugs for **MONTES**. Agents identified four locations where **MONTES** and his courier **MORAZAN** overnighted, and/or entered, multiple times per day where agents believe **MONTES** and **MORAZAN** stored drugs and drug proceeds. Agents also identified four vehicles utilized by **MONTES** and **MORAZAN** to transport and deliver their illegal narcotics.

4. Throughout the interceptions of **MONTES**' phone from May 13 – May 24, 2022, **MONTES** directed **MORAZAN** to meet with customers, relayed to **MORAZAN** which customers had ordered drugs, and directed **MORAZAN** to each location to meet with each customer. Through the interceptions, agents have identified nearly 40 different drug customers **MONTES** took orders from. Through the interceptions, agents

have been able to identify cocaine, heroin, and counterfeit pharmaceutical pills as the illegal narcotics **MONTES** and **MORAZAN** sold to their customer base. Agents have identified, based on the amounts ordered by each customer that, on a daily basis, **MONTES** and **MORAZAN** sold several ounces of heroin and several hundred counterfeit pharmaceutical blue "M-30" pills per day. **MONTES** sold his heroin for approximately $750-$800 per ounce (**MONTES** specifically informed one customer it would be $400 for ½ ounce), and his pills for approximately $5-7 each.

5. On May 26, 2022, Salt Lake City Metro Narcotics agents obtained search warrants for four locations: (1) 6966 South Well Spring Road, Apartment 5-G, Midvale, Utah; (2) 4243 South 6180 West, West Valley City, Utah; (3) 5503 West 9000 South Building D / Apartment 103, West Jordan, Utah; and (4) 9300 S. Redwood Rd #11-20, West Jordan, Utah. Agents also obtained warrants for four vehicles: (1) a black 2014 Jeep Patriot bearing Utah bearing license plate 7P3TX; (2) a red 2009 Toyota Camry bearing Utah license plate U817WD; (3) a Maroon 2012 Nissan Altima bearing Utah license plate U632WY; and (4) a grey 2009 Honda Accord bearing Utah license plate U499NW. All locations and vehicles were known to be utilized by MONTES and MORAZAN. These warrants were issued by the Honorable Cecilia M. Romero, U.S. Magistrate Judge, District of Utah.

6. On June 1, 2022, agents executed search warrants at all locations, and searched all vehicles. Agents detained MONTES at 6966 South Well Spring Road, Apartment 5-G, Midvale, Utah. MORAZAN was detained at 6180 West, West Valley City, Utah. Agents located the 2009 Honda Accord parked in front of 6180 West, West Valley City, Utah. Agents located the key to the Honda Accord inside the bedroom with MORAZAN. Subsequent search of the Honda

Accord revealed a total of 213.2 gross grams of counterfeit pharmaceutical, blue "M-30" pills inside the center console, and a small amount of cocaine and heroin. The pills later field tested positive for fentanyl.

7. Agents located the red Toyota Camry parked in Murray, Utah. A subsequent search of the vehicle revealed additional small amounts of cocaine and heroin.

8. Agents located a small amount of heroin at 9300 S. Redwood Rd #11-20, West Jordan, Utah.

9. Agents detained a female subject leaving 5503 West 9000 South Building D / Apartment 103, West Jordan, Utah in the black 2014 Jeep Patriot. Agents searched the Jeep and located another set of keys for the Honda Accord. The female subject identified MONTES by name and photograph, and stated that MONTES had left the keys inside her Jeep. Agents searched 5503 West 9000 South Building D / Apartment 103, West Jordan, Utah, and located a large amount of U.S. currency.

10. Agents located a large amount of currency at 6966 South Well Spring Road, Apartment 5-G, Midvale, Utah, with MONTES.

11. MONTES was advised of his *Miranda* rights verbally and agreed to make a statement to agents without an attorney present. MONTES admitted to selling heroin and fentanyl pills, and claimed that he and MORAZAN were "equals" and both sold equal amounts of drugs. MONTES admitted to receiving the drugs in bulk in shipments from out of state from unidentified couriers.

12. Based on the foregoing information, I respectfully request that a warrant of arrest be issued for LUIS AMILCAR MONTES-DURAN and KRISS JOSE MORAZAN-BARAHONA for 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Distribute fentanyl.

## ELEMENTS OF THE OFFENSES

13. At the request of magistrate judges in the District of Utah, I have included the following elements for the count alleged herein:

**Conspiracy to Distribute Fentanyl:**

> *First*, the defendant knowingly or intentionally conspired with at least one other individual to distribute fentanyl;
> *Second*, the substance was of a mixture or substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance;
> *Third*, the defendant knew the essential objective of the conspiracy and participated with that objective in mind; and
> *Fourth*, that there was an interdependence among the conspiracy participants.

14. I swear that this information is true and correct to the best of my knowledge, information, and belief.

Based on the foregoing information, I respectfully request that a warrant of arrest be issued for **LUIS AMILCAR MONTES-DURAN** and **KRISS JOSE MORAZAN-BARAHONA** for violations of 21 U.S.C. §§ 841(a)(1) and 846.

*/s/ Enoch Smith*
Affiant, Enoch J. Smith
Special Agent, DEA

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1.

SUBSCRIBED and SWORN to before me this 2nd day of June, 2022.

JARED C. BENNETT
United States Magistrate Judge

APPROVED:

TRINA A. HIGGINS
United States Attorney

*/s/ Seth Nielsen*
SETH NIELSEN
Special Assistant United States Attorney